HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM SCHEIDLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES AVERY, et al.,<br><br>　　　　　Defendants. | CASE NO. C12-5996 RBL<br><br>ORDER DENYING RECUSAL |

THIS MATTER is before the Court on *pro se* Plaintiff William Scheidler's Motion to Recuse under 28 U.S.C. §144 and §455. Plaintiff's underlying lawsuit asserts various claims against various Kitsap County officials, including a deputy prosecutor. Plaintiff claims that because Judge Leighton defended attorneys from malpractice claims while in private practice, he will be biased against Plaintiff in this case.

28 U.S.C. §144 requires a party seeking such relief to substantiate his claim of bias or prejudice:

> Whenever a party to any proceeding in a district court makes and files a timely and sufficient affidavit that the judge before whom the matter is pending has a personal bias or prejudice either against him or in favor of any adverse party, such judge shall proceed no further therein, but another judge shall be assigned to hear such proceeding.

> The affidavit shall state the facts and the reasons for the belief that bias or prejudice exists, and shall be filed not less than ten days before the beginning of the term at which the proceeding is to be heard, or good cause shall be shown for failure to file it within such time. A party may file only one such affidavit in any case. It shall be accompanied by a certificate of counsel of record stating that it is made in good faith.

Section 455(a) similarly provides:

> Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.

Plaintiff has not met the requirements of either recusal statute, and his claim of general bias based on a portion of the Court's private practice a decade ago is insufficient as a matter of law. There is no claim and no evidence of any personal bias or prejudice.

Under GR 8(c), <u>Local Rules W.D. Wash.</u>, prior to a ruling on the motion by the chief judge, this Court may "review the motion papers and decide whether to recuse voluntarily."

This Court has reviewed the Motion and it will not recuse voluntarily. It therefore refers the matter to Chief Judge Marsha J. Pechman.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

IT IS SO ORDERED.

Dated this 27th day of December, 2012.

                                                          Ronald B. Leighton
                                                          United States District Judge